**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JAMES R. SNOW & HEATHER A. SNOW                                   Case Number: 04-75665
2828 SANDYHOLLOW ROAD, #19                SSN-xxx-xx-4170 & xxx-xx-9186
ROCKFORD, IL  61109

Case filed on: 11/12/2004
Plan Confirmed on: 1/21/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $63,045.66          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | EVERHOME MORTGAGE | 0.00 | 0.00 | 30,853.46 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 30,853.46 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | JAMES R. SNOW | 0.00 | 0.00 | 2,205.67 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,205.67 | 0.00 |
| 001 | AMCORE BANK NA | 10,115.00 | 10,115.00 | 10,115.00 | 958.83 |
| 003 | EVERHOME MORTGAGE | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
|  | Total Secured | 11,115.00 | 11,115.00 | 11,115.00 | 958.83 |
| 001 | AMCORE BANK NA | 7,135.96 | 7,135.96 | 1,806.97 | 0.00 |
| 004 | AT&T UNIVERSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AT&T UNIVERSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SHERMAN ACQUISITION DBA | 2,638.06 | 2,638.06 | 668.01 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 9,677.89 | 9,677.89 | 2,450.64 | 0.00 |
| 011 | FIFTH THIRD BANK | 1,192.31 | 1,192.31 | 301.91 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 2,439.87 | 2,439.87 | 617.82 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 10,063.74 | 10,063.74 | 2,548.34 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 2,463.69 | 2,463.69 | 623.86 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 4,961.04 | 4,961.04 | 1,256.24 | 0.00 |
| 016 | RESURGENT CAPITAL SERVICES | 2,448.88 | 2,448.88 | 620.11 | 0.00 |
| 017 | ROUNDUP FUNDING LLC | 504.72 | 504.72 | 127.81 | 0.00 |
| 018 | ROUNDUP FUNDING LLC | 2,177.57 | 2,177.57 | 551.41 | 0.00 |
| 019 | US BANK/ELAN RETAIL PMT SOLUTIONS | 1,241.22 | 1,241.22 | 314.30 | 0.00 |
| 020 | BRANDI SNOW | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RESURGENT CAPITAL SERVICES | 6,131.15 | 6,131.15 | 1,552.53 | 0.00 |
|  | Total Unsecured | 53,076.10 | 53,076.10 | 13,439.95 | 0.00 |
|  | Grand Total: | 66,891.10 | 66,891.10 | 60,314.08 | 958.83 |

Total Paid Claimant:   $61,272.91
Trustee Allowance:      $1,772.75           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   25.32             discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan